**\*E-FILED 9/29/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS,<br><br>  Plaintiff,<br><br>  v.<br><br>SAN JOSE STATE UNIVERSITY,<br><br>  Defendant. | No. C04-04086 HRL<br><br><u>Consolidated With</u>:  C04-04768 HRL<br>  C05-01242 HRL<br>  C05-01833 HRL<br>  C06-04695 HRL<br><br>**ORDER ADMINISTRATIVELY CLOSING CASES** |

The above-captioned matters have been consolidated for all purposes under the common case number C04-04086HRL, and all filings for all cases have been made in that action. In view of the consolidation, the clerk shall administratively close Case Nos. C04-04768 HRL, C05-01242 HRL, C05-01833 HRL and C06-04695 HRL. Consolidated Case No. C04-04086, which covers matters raised in the consolidated actions, remains open.

SO ORDERED.

Dated:   September 29, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1  **A copy of this document mailed to**:

2  Piotr J. Gardias
   72 Floyd Street
3  San Jose, CA 95110

4       Plaintiff (Pro Se)

6  **Notice has been electronically mailed to**:

7  Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

8  Fiel D. Tigno fiel.tigno@doj.ca.gov